IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARQUEL R. CULPEPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-017 |
| | ) | |
| BRIAN P. KEMP; TIMOTHY C. WARD; | ) | |
| VICTORIA DARRISAW; WARDEN | ) | |
| WHITE; and TYRONE OLIVER, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On February 16, 2023, the Court granted Plaintiff, an inmate at Telfair State Prison in Helena, Georgia, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 3.) Plaintiff has returned his Consent to Collection of Fees form, (doc. no. 5), but he has not returned the provided Prisoner Trust Fund Account Statement.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319-20 (11th Cir. 2002). Plaintiff shall have until April 19, 2023, to submit the provided Prisoner Trust Fund Account Statement. Failure to return the required paperwork will be an election to have this case dismissed without prejudice.

To ensure that prison officials have received the Trust Fund Account Statement, the Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's custodian and to include a

Prisoner Trust Fund Account Statement with that service copy.  The Court is confident that prison officials will expeditiously fill out the form and return it to Plaintiff.  Plaintiff must then return the Trust Fund Account Statement to the Court by no later than April 19, 2023.

SO ORDERED this 5th day of April, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA