IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| MARQUEL R. CULPEPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-017 |
| | ) | |
| BRIAN P. KEMP; TIMOTHY C. WARD; | ) | |
| VICTORIA DARRISAW; WARDEN | ) | |
| WHITE; and TYRONE OLIVER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Rather than file objections, Plaintiff attempted to supplement the amended complaint allegations. (Doc. no. 14.) The attempt is procedurally improper because Plaintiff did not seek leave of court, and he cannot amend in such a piecemeal manner. Moreover, the attempt is also futile because the supplemental allegations nevertheless fail to state a claim. (See generally id.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 17th day of July, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE